**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

_Southern District_

David E. Patton
_Executive Director_

Southern District of New York
Jennifer L. Brown
_Attorney-in-Charge_

May 24, 2021

MEMO ENDORSED

The Application is granted.

SO ORDERED:

_Paul G. Gardephe_
Paul G. Gardephe, U.S.D.J.

Dated: May 25, 2021

_Via ECF_
The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Ronald Walker,* 21 CR 145 (PGG)

Dear Judge Gardephe:

With the consent of the government and Pretrial Services, I write to seek a modification to the conditions of Mr. Walker's release so that he can travel to Huntsville, Alabama from June 12 to June 13, 2021 to attend a family member's wedding. If permission is granted, Mr. Walker will provide a detailed itinerary to his Supervising Pretrial Officer before he travels.

Mr. Walker was released on the day of his arrest on February 9, 2021 pursuant to an agreed-upon bail package. He has been compliant with his release conditions. Both the government and Pretrial Services consent to this application.

Respectfully submitted,
/s/ Julia Gatto
Julia L. Gatto, Esq.
Assistant Federal Defender
212.417.8750

cc: all parties (via ECF)