# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 21, 2021

*Via ECF*
The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Ronald Walker,* 21 CR 145 (PGG)

Dear Judge Gardephe:

With the consent of the government and Pretrial Services, I write to seek a modification to the conditions of Mr. Walker's release so that he can travel to Laurel Hill, North Carolina from July 30 to August 2, 2021 to attend a family gatherin. If permission is granted, Mr. Walker will provide a detailed itinerary to his Supervising Pretrial Officer before he travels.

Mr. Walker was released on the day of his arrest on February 9, 2021 pursuant to an agreed-upon bail package. He has been compliant with his release conditions. With the Court's permission, he previously has traveled to Alabama without issues. Both the government and Pretrial Services consent to this application.

Respectfully submitted,
/s/ Julia Gatto
Julia L. Gatto, Esq.
Assistant Federal Defender
212.417.8750

cc:    all parties (via ECF)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: July 22, 2021