UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

RONALD WALKER,

                  Defendant.

**ORDER**

21 Cr. 145 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing of Defendant Ronald Walker will take place on **January 27, 2022 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        Any sentencing submissions on behalf of the Defendant are due by **December 16, 2021**.  The Government's sentencing submission is due by **January 6, 2022**.

Dated: New York, New York
       September 22, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge