**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 27, 2021

*Via ECF*
The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Ronald Walker,* 21 CR 145 (PGG)

Dear Judge Gardephe:

      With the consent of the government, I write to seek an adjournment to the deadlines previously set by the Court for the parties' sentencing submissions. I do not seek to adjourn the sentencing, currently scheduled for January 27, 2022 at 3:00 p.m.

      I ask that Mr. Walker be permitted to file his submission no later than January 6, 2022 and the government be permitted to file its submission no later than January 13, 2022.

Thank you and I wish the Court and Chambers a happy holiday.

Respectfully submitted,
/s/ Julia Gatto
Julia L. Gatto, Esq.
Assistant Federal Defender
212.417.8750

cc:    all parties (via ECF)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: December 30, 2021