UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

RONALD WALKER,

           Defendant.

**ORDER**

21 Cr. 145 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    WHEREAS, with Defendant Ronald Walker's consent, his guilty plea allocution was made before a United States Magistrate Judge on September 14, 2021;

    WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court (Dkt. No. 65-1);

    WHEREAS, upon review of the transcript, as supplemented by the Defendant's factual allocution and the Government's proffer on January 27, 2022 in open court, this Court has determined that the Defendant entered the plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the Defendant's guilty plea is accepted.

Dated: New York, New York
       January 27, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge