UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

UNITED STATES OF AMERICA                          :

             - v. -                                     :

RONALD WALKER,                                    :

               Defendant.                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

                        CONSENT PRELIMINARY ORDER
                        OF FORFEITURE/
                        MONEY JUDGMENT

                        21 Cr. 145 (PGG)

WHEREAS, on or about March 3, 2021, RONALD WALKER (the "Defendant"),

among others, was charged in a two-count Indictment, 21 Cr. 145 (PGG) (the "Indictment"), with

conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349 (Count

One); and aggravated identity theft, in violation of Title 18, United States Code, Sections

1028A(a)(1), 1028A(b), and 2 (Count Two);

        WHEREAS, the Indictment included a forfeiture allegation as to Count One of the

Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code,

Section 982(a)(2)(a), of any and all property constituting, or derived from, proceeds the defendant

obtained directly or indirectly, as a result of the commission of the offense charged in Count One

of the Indictment, including but not limited to a sum of money in United States currency

representing the amount of proceeds traceable to the commission of the offense charged in Count

One of the Indictment;

        WHEREAS, on or about ___9/14/2021___, the Defendant pled guilty to

Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the

Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and

agreed to forfeit, pursuant to Title 18, United States Code, Section 982(a)(2)(A) a sum of money

equal to $32,754 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $32,754 in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, United States Attorney, Assistant United States Attorney, Kevin Mead of counsel, and the Defendant, and his counsel, Julia L. Gatto, Esq., that:

1.     As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $32,754 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.     Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, RONALD WALKER, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.     All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New

York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

    4.    The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

    5.    Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

    6.    Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

    7.    The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

8.      The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:      */s/ Kevin Mead*
         Kevin Mead                                          9/2/2021
         Assistant United States Attorney                    DATE
         One St. Andrew's Plaza
         New York, NY 10007
         (212) 637-0622

RONALD WALKER

By:      _____                            9/14/21
         Ronald Walker                                       DATE

By:      _____                            9/14/21
         Julia L. Gatto, Esq.                                DATE
         Attorney for Defendant
         Federal Defenders of New York Inc. (NYC)
         52 Duane Street, 10th Fl
         New York, NY 10007

SO ORDERED:

_____                                     Jan 27 2022
HONORABLE PAUL A. GARDEPHE                                   DATE
UNITED STATES DISTRICT JUDGE