# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 24, 2025

**BY ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul S. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: March 25, 2025

Re:   **United States v. Ronald Walker**
      **21 Cr. 145 (PGG)**

Dear Judge Gardephe:

  I write to respectfully request that the Court order the United States Pretrial Services Office in the Southern District of New York to release Robert Walker's passport/travel documents directly to him or to the Federal Defenders of New York.

  Mr. Walker's passport/travel documents were provided to Pretrial Services when he first began pretrial supervision in 2021. On January 27, 2022, the Court sentenced Mr. Walker to time served and three years of supervised release, with the first six months of his supervised release term to be spent on home confinement enforced by location monitoring. Mr. Walker was ordered to perform community service and pay restitution. Mr. Walker has since complied with the terms of his sentence, and has completed his term of supervised release.

  We understand Pretrial Services can only release Mr. Walker's travel documents pursuant to a Court order. Accordingly, Mr. Walker respectfully requests the Court order Pretrial Services to release Mr. Walker's passport/travel documents.

Thank you for your consideration of this request.

                                        Respectfully submitted,

                                               /s/

                                        Marne L. Lenox, Esq.

                                        *Counsel for Ronald Walker*

cc:      Counsel of record